UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AMANDA L. ZAHN,<br><br>　　　　　　　Defendant. | **6:20-PO-5025-KLD**<br>Ticket Number: FCDS000P<br>Location Code: M5<br>Disposition Code: PF<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　　The Defendant, Amanda L. Zahn, was present in court and entered a plea of guilty to the charge of: DISCHARGING A FIREARM OR ANY OTHER IMPLEMENT CAPABLE OF TAKING HUMAN LIFE, CAUSING INJURY, OR DAMAGING PROPERTY AS FOLLOWS:WITHIN 150 YARDS OF A DEVELOPED RECREATION SITE AND INTO A RIVER SYSTEM..

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　　1.  Defendant must pay a fine in the amount of $50.00 plus $40.00 in fees for DISCHARGING A FIREARM OR ANY OTHER IMPLEMENT CAPABLE OF TAKING HUMAN LIFE, CAUSING INJURY, OR DAMAGING PROPERTY AS FOLLOWS:WITHIN 150 YARDS OF A DEVELOPED RECREATION SITE AND INTO A RIVER SYSTEM. for a total of $90.00.  The fine has been paid in full.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. Desoto. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: June 4, 2020.

   August 11, 2020
_____
Date Signed

*(signature)*
KATHLEEN L. DESOTO
United States Magistrate Judge